UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  Case No: 6:15-mj-1665

HAMID MOHAMED AHMED ALI
REHAIF

AUSA: Bruce Ambrose
Defense Attorney: Angela Parrott, Federal Public Defender

| JUDGE: | DAVID A. BAKER<br>United States<br>Magistrate Judge | DATE AND TIME:<br><br>TOTAL TIME:<br>*15 minutes* | December 14, 2015<br>10:05 A.M. -10:20 A.M. |
|---|---|---|---|
| DEPUTY CLERK: | Helyn LaTorre | RECORDING: | Digital |
| INTERPRETER: | None | PRETRIAL | No Appearance |

## CLERK'S MINUTES
## PRELIMINARY HEARING

Case called, appearances taken
Procedural setting by court
HSI Agent Jacqueline Acosta sworn and testifies for government
Cross-examination of Agent Acosta, by defense
No argument
Court makes finding of probable cause

Page 1 of 1