# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.

CASE NO: 6:15-mj-1665

HAMID MOHAMED AHMED ALI REHAIF

---

## FINDING OF PROBABLE CAUSE

On the evidence presented at the preliminary hearing, I find that there is probable cause to believe that the offenses charged in Title 18 U.S.C. § 922G have been committed and that the defendant committed them. It is therefore,

**ORDERED** that **Hamid Mohamed Ahmed Ali Rehaif** is held to answer in the Middle District of Florida where the prosecution is pending.

**DONE** and **ORDERED** in Orlando, Florida on December 14, 2015.

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
Federal Public Defender