# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA,

v.

Case No: 6:16-cr-3-Orl-28GJK

HAMIED MOHAMED AHMED ALI REHAIF,

    **Defendant.**

## ORDER

This case came before the Court on the Motion for the Return of Seized Property (Doc. No. 115) filed by Defendant. The assigned United States Magistrate Judge has submitted a Report (Doc. No. 121) recommending that the motion be denied. No objections to the report have been filed.

After review of the record in this matter, the Court agrees with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation (Doc. No. 121) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion for the Return of Seized Property (Doc. No. 115) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida, on April 21, 2017.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record
Unrepresented Parties