# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                                             CASE NO. 6:16-cr-3-JA-DAB

HAMID MOHAMED AHMED ALI REHAIF

---

## ORDER AND NOTICE OF HEARING

**On January 4, 2024, at 1:30 p.m., in Courtroom 6B,** United States Courthouse Annex, 401 W. Central Boulevard, Orlando, Florida, the Court will hold an evidentiary hearing at which the parties shall present evidence and argument addressing issues they deem relevant regarding Defendant's pending Motion to Dismiss (Doc. 153). At minimum, the parties shall present evidence and argument pertaining to the following issues:

- the date Defendant was deported from the United States;
- the role, if any, played by the U.S. Attorney's Office in deporting Defendant, including regarding the date of deportation;
- what efforts, if any, the United States has made to locate Defendant's residence and place of employment;
- what efforts, if any, the United States has made to secure Defendant's presence for the purpose of trial;
- what, if anything, Defendant has done to resist returning to the United States;
- whether Defendant may lawfully reenter the United States;
- what, if any, legal impediments there are to Defendant's voluntary return to the United States for trial in this case;

- in the event the United States allowed Defendant to return to the United States, what, if any, discretion this Court would have to determine Defendant's custodial status from the time of his arrival in the country until a retrial in this case;
- how Defendant has suffered actual prejudice due to the delay in retrial;
- whether the United States abandoned the prosecution by deporting Defendant before the appellate process was completed;
- when, if ever, the United States obtained an arrest warrant for Defendant after his first conviction; and
- the dates of any events triggering the starting and stopping of the speedy trial clock in this case.

**DONE** and **ORDERED** in Orlando, Florida, on November 2, 2023.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant
Hamid Mohamed Ahmed Ali Rehaif

2